[No. 5410–1–III.  Division Three.  May 1, 1984.]

BENJAMIN BAKER, *as Guardian ad Litem, Appellant,* v. E. A. CURTIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00384–8, Albert J. Yencopal, J.,

entered September 23, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.